# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>**HMI LIQUIDATING, INC.**[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 17-10810 (LSS)<br><br>**Re: D.I. 265** |

## ORDER DISMISSING CHAPTER 11 CASE

This matter came before this Court for hearing on the United States Trustee's Motion to Dismiss the Chapter 11 Case and due and sufficient notice of the Motion having been given to interested parties in accordance with the Bankruptcy Code and Rules. Based upon the record and the Motion, this Court finds that grounds exist for the dismissal of the chapter 11 case under 11 U.S.C. § 349 and 11 U.S.C. § 1112 and that the dismissal of the case is in the best interests of creditors and other interests of the estate. Based on the foregoing and on the record in this case, it is hereby,

**ORDERED, ADJUDGED and DECREED** as follows:

1. The Motion is hereby GRANTED;

2. As of the date of the entry of this order, pursuant to Sections 349 and 1112 of the Bankruptcy Code, the chapter 11 case is hereby dismissed.

[REMAINDER OF PAGE LEFT BLANK INTENTIONALLY]

---

[1] The last four digits of the Debtor's federal tax identification number are 8422. The Debtor's address is 131 Sand Creek Road, Suite B, Brentwood, CA 94513.

3. This Court shall retain jurisdiction over the terms and conditions of this Order.

**Dated: May 31st, 2019**
**Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**